IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UMAR GARVIN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-2883 |
| | : | |
| HONORABLE JUDGE MIA PEREZ, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 18th day of December, 2019, upon consideration of Plaintiff Umar Garvin's Amended Complaint (ECF No. 5), "Motion for Release From Prison" (ECF No. 9) and Prisoner Trust Fund Account Statement (ECF No. 10), and for the reasons stated in the Court's Memorandum, it is **ORDERED** that:

1. The Court's November 4, 2019 Order dismissing this case for failure to prosecute (ECF No. 7) is **VACATED**.

2. The Clerk of Court shall **REOPEN** this case.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE** in its entirety as legally frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

4. The Motion for Release From Prison is **DENIED AS MOOT**.

5. The Clerk of Court shall **CLOSE** this case.

                                                 **BY THE COURT:**

                                               **/s/ Gerald Austin McHugh**

                                               **GERALD A. McHUGH, J.**